## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**  |  **Matter to be Sealed**
Greene / Southern  |  ☒ Secret Indictment
 |  ☐ Juvenile

**Defendant Information**

Defendant Name: JACOB B. PIATCHEK
Alias Name:
Birth Date: 00/00/1994

**Related Case Information**

Superseding Indictment? ☐ Yes  ☒ No   If yes, original case number: _____
New Defendant(s)? ☒ Yes  ☐ No
Prior Complaint Case Number, if any: NA
Prior Target Letter Case Number, if any: NA

**U.S. Attorney Information**

AUSA Byron Black

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date: _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes  ☒ No
**Warrant Required?** ☒ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts: 1

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | | |
| 3 | | |
| 4 | | |