# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**       **Matter to be Sealed**

Greene / Southern                                ☒ Secret Indictment
                                                 ☐ Juvenile

**Defendant Information**

Defendant Name: BAYDON CHENNAULT

Alias Name:

Birth Date: 11/18/1982

**Related Case Information**

Superseding Indictment? ☒ Yes ☐ No   If yes, original case number: 19-03028-09-CR-S-MDH
New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any: NA

Prior Target Letter Case Number, if any: NA

**U.S. Attorney Information**

AUSA Byron Black

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody                 **Writ Required?**  ☐ Yes  ☒ No
☐ Currently in State Custody                   **Warrant Required?** ☒ Yes  ☐ No
☐ Currently on Bond

**U.S.C. Citations**

Total # of Counts: 2 + FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|-----|--------------------------------------------|----------|
| 1 | 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A) | 1 |
| 2 | 18 U.S.C. § 922(g)(1) | 18 |
| 3 | 21 U.S.C. § 853 | FA |
| 4 | | |

(May be continued on reverse)                   Revised: 04-25-2018